ALEXANDER KUGELMAN (SBN 255463)
Kugelman Law, P.C.
21 Tamal Vista Blvd., Suite 202
Corte Madera, CA 94925
Telephone: (415) 968-1780
Facsimile: (415) 534-9441
alex@kugelmanlaw.com

Attorney for Defendant
RICHARD CHIANG

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

      *v.*

RICHARD W. CHIANG,

      Defendant

Case No. 4:25-cv-00378-~~HSG~~ NW

[PROPOSED] **ORDER**

Before the Court is the Motion to Withdraw as Counsel filed by Alexander H. Kugelman. Having considered the Motion and the supporting Declaration, and noting the lack of opposition from the Plaintiff, the Court finds that good cause exists for withdrawal pursuant to Civil L.R. 11-5(a) and California Rule of Professional Conduct 1.16.

IT IS HEREBY ORDERED THAT:

1.      The Motion to Withdraw as Counsel is **GRANTED**. Alexander H. Kugelman is withdrawn as counsel of record for Defendant Richard W. Chiang.

2.      All proceedings in this matter are **STAYED** for 30 days to allow Defendant to re-tain substitute counsel or file a notice of intent to proceed pro se.

3.      Withdrawing Counsel shall serve a copy of this Order on Defendant at their last known address and shall file a proof of service with the Court within 7 days.

4.      The Clerk of the Court shall update the docket to reflect Defendant's last known contact information as follows:  20 Homeplace Court, Hillsboro, CA 94010, Phone: (415) 378-5815, Email: rchiang@mediatoo.net.

The Court SETS a Case Management Conference for **May 19, 2026, at 11:00 a.m.**  The Case Management Conference will be held **in person in San Jose, Courtroom 3**, 5th Floor before District Judge Noel Wise.  A Joint Case Management Statement is due by **May 1, 2026**, per the Court's Civil Standing Order.  Defendant is required to timely participate in the joint filing of the Case Management Statement.

IT IS SO ORDERED.

Dated: _____March 30_____ , 2026

_____

NOEL WISE
United States District Judge