UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD W CHIANG,

Defendant.

Case No. 25-cv-00378-NW

**ORDER TO SHOW CAUSE**

Re: ECF No. 47

On January 10, 2025, the United States of America ("Plaintiff" or the "Government") initiated this civil action to reduce to judgment federal tax assessments made against Defendant Richard W. Chiang.  ECF No. 1.  The Government moved for an entry of default, ECF No. 12, which the Clerk of Court granted on February 24, 2025.  ECF No. 14.  On April 15, 2025, Defendant moved to set aside the entry of default.  ECF No. 19.  The Court granted the request and vacated the default.  ECF No. 20.  Defendant filed an answer to the complaint on May 9, 2025.  ECF No. 21.

On February 12, 2026, Defendant's counsel filed a motion to withdraw as attorney.  ECF No. 35.  The Court set a briefing schedule on the motion, ordering Defendant to file an opposition by February 20, 2026.  ECF No. 36.  The Court required counsel to serve the Order on Defendant through all available modes of contact.  *Id*.  Counsel timely filed a certificate of service indicating that he had served Defendant by US Priority mail, e-mail, and text message.  ECF No. 39.  Defendant did not file an opposition to the motion to withdraw by the deadline and has not filed an opposition to date.  The Court granted the motion to withdraw on March 30, 2026.  ECF No. 43.  In the Order, the Court specified that "Defendant is required to timely participate in the joint filing of the Case Management Statement."  *Id*.

United States District Court
Northern District of California

On a parallel track, while the Court was considering the motion to withdraw, the Court's Alternative Dispute Resolution ("ADR") Unit set an Early Neutral Evaluation hearing for March 2, 2026.  ECF No. 37.  On February 27, 2026, the ADR Unit stated on the record that they "have been unable to secure the attendance of the Defendant at the session as required by ADR Local Rule 5-10(a), and the Defendants attendance has not been excused.  The ADR Unit will work to reschedule the ENE session by the 5/18/2026 deadline ordered by the Court if Defendant communicates his agreement and availability to participate."  ECF No. 42.  To date, Defendant has not filed a request for an extension with the ADR Unit.

The Court set a Case Management Conference for May 19, 2026, with the parties' Joint Case Management Statement due on May 1, 2026.  ECF No. 44.  The Government timely filed a unilateral statement, and indicated that prior to filing, counsel made numerous attempts to contact Defendant by telephone, email, and US mail.  ECF No. 47.  To date, Defendant has not appeared individually in this case nor filed a unilateral case management statement.

Defendant has failed to meet Court deadlines and failed to comply with Court Orders.  Accordingly, Defendant is ORDERED TO SHOW CAUSE why his Answer should not be stricken.  If Defendant opposes the order to show cause, by no later than **Friday, May 15, 2026**, Defendant must file an opposition and serve it on the Government.  If Defendant fails to timely file an opposition, the Court will strike his Answer immediately.

A hearing on the order to show cause is set for **Tuesday, May 26, 2026, at 10:00 a.m.** in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California.  Defendant must appear at the hearing in person; no remote appearances will be permitted.  If Defendant fails to appear in person, the Court will strike his Answer.

The Court VACATES the Case Management Conference set for May 19, 2026.

**IT IS SO ORDERED.**

Dated: May 6, 2026

Noël Wise
United States District Judge