UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD W CHIANG,

Defendant.

Case No. 25-cv-00378-NW

**ORDER STRIKING ANSWER AND ORDER REGARING DEFAULT JUDGMENT**

Re: ECF No. 48

On January 10, 2025, the United States of America ("Plaintiff" or the "Government") initiated this civil action to reduce to judgment federal tax assessments made against Defendant Richard W. Chiang.  ECF No. 1.  The Government moved for an entry of default, ECF No. 12, which the Clerk of Court granted on February 24, 2025.  ECF No. 14.  On April 15, 2025, Defendant moved to set aside the entry of default.  ECF No. 19.  The Court granted the request and vacated the default.  ECF No. 20.  Defendant filed an answer to the complaint on May 9, 2025.  ECF No. 21.

Between February and May 2026, Defendant missed multiple court deadlines and failed to communicate with Plaintiff's counsel regarding ADR and a Joint Case Management Conference Statement.  To date, Defendant has not appeared individually in this case nor filed requests for extensions of deadlines.  *See* ECF No. 48 (recounting procedural history).

On May 6, 2026, the Court ordered Defendant to show cause why his answer should not be stricken for failure to meet Court deadlines and failure to comply with Court Orders.  ECF No. 48.  The Court advised Defendant that failure to file an opposition to the Order to show cause by the deadline of May 15, 2026, would result in an order striking his answer.  To date, Defendant has not filed a response.  Accordingly, the Court STRIKES Defendant's Answer, Docket Number 21.

Further, Plaintiff is ORDERED to move for default judgment by June 12, 2026.  The Court sets a compliance hearing for July 21, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California.  If Plaintiff timely files a motion for default judgment against Defendant, the Court will convert the compliance hearing into a hearing on the motion for default judgment.

The compliance deadline previously set for May 26, 2026, is VACATED.

**IT IS SO ORDERED.**

Dated: May 20, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

2