IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RICHARD W. CHIANG,

    Defendants.

Case No. 5:25-cv-00378-NW

[PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT

Before the Court is the United States' Motion for Default Judgment against Richard W. Chiang. Upon consideration of the motion, the record herein, and for good cause shown, IT IS HEREBY ORDERED:

1. The United States' Motio for Default Judgment against Richard W. Chiang is GRANTED.

2. Judgment shall be entered for the United States and against Richard W. Chiang in the amount of $523,717.09 for the 2012 tax year as of July 10, 2026, plus further accrued penalties and interest accruing after that date, pursuant 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) until paid.

Dated: This __8__ day of __July__ 2026

_____
NOEL WISE
United States District Judge

[PROPOSED] ORDER
Case No. 5:25-cv-00378-NW                    1